UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH PATRICK HANNAN,<br><br>              Plaintiff,<br><br>      v.<br><br>GLENDORA POLICE DEPT., et al.,<br><br>              Defendants. | Case No. 2:25-cv-04361-MCS-KES<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF U.S. MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings and all the records and files herein, along with the Report and Recommendation of the United States Magistrate Judge (Dkt. 23).  No objections to the Report and Recommendation were filed, and the deadline for filing such objections has passed. The Court accepts the findings, conclusions, and recommendations of the United States Magistrate Judge.  IT IS THEREFORE ORDERED that Defendants' motion to dismiss (Dkt. 14) is **granted** and Judgment shall be entered dismissing the Second Amended Complaint with prejudice and without leave to amend.

DATED: January 27, 2026

_Mark C. Scarsi_

MARK C. SCARSI
UNITED STATES DISTRICT JUDGE