**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH PATRICK HANNAN, | Case No. 2:25-cv-04361-MCS-KES |
| Plaintiff, | |
| v. | **JUDGMENT** |
| GLENDORA POLICE DEPT., et al., | |
| Defendants. | |

Pursuant to the Court's Order Accepting Report and Recommendation of U.S. Magistrate Judge,

IT IS ADJUDGED that the Second Amended Complaint and entire action is dismissed with prejudice and without leave to amend.

DATED: January 27, 2026

_____
MARK C. SCARSI
UNITED STATES DISTRICT JUDGE